## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DARRELL LAMONT BAILEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 05-819-MJR** |
| | ) | |
| **EXECUTIVE OFFICE OF THE UNITED** | ) | |
| **STATES COURTS,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT

This action came before the Court on Plaintiff's motion to proceed *in forma pauperis*. The Court found that Plaintiff has had three or more prior prisoner actions dismissed on the grounds of frivolity, maliciousness, or failure to state a claim upon which relief may be granted, and he is not under imminent danger of serious physical injury. Plaintiff was directed to pay the $250 filing fee for this action within 15 days, and no payment has been received within the allotted time

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action is hereby

**DISMISSED** with prejudice for failure to pay the filing fee. Judgment is entered in favor of

Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

February 2, 2006                    By:    **s/ Michael J. Reagan**
*Date*                                            *District Judge*